FILED-BANKRUPTCY-NJ
2025 NOV 5 AM 11:01:36

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Natricia Deshaye Comer

Case No.: 26-19426

Chapter: 13

Adv. No.: ____________

Hearing Date: 11/18/2026

Judge: Poslusny

## CERTIFICATION OF SERVICE

1. I, Natricia Deshaye Comer :

☐ represent ______________ in this matter.

☐ am the secretary/paralegal for ______________, who represents ______________ in this matter.

☒ am the debtor in this case and am representing myself.

2. On 11/05/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Chapter 13 Plan and Motions Local Form and Vehicle value evaluation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/05/2026

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Westlake Financial Services<br>4751 Wilshire Blvd<br>#100<br>Los Angeles, CA 90010 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*