FILED:BANKRUPTCY:NJ 2026 NOV 12 PM3:15:41

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

Natricia Deshaye Comer
68 Spruce St
Bridgeton, NJ 08302
(856) 506-6556

In Re:
*[Enter the debtor's name(s)]*
Natricia Deshaye Comer

Case No.: 26-19426
*[Enter the case number]*

Chapter: 13
*[Enter the chapter; example: 13]*

Hearing Date: 11/17/2026
*[Enter the hearing date]*

Judge: Poslusny
*[Enter the Judge's last name]*

**NOTICE OF MOTION TO**

*[Enter the relief sought]* emergency enforcement of automatic stay and turnover

*[Enter your name]* Natricia Comer has filed papers with the court to *[Enter the relief sought]* turnover of 2015 Nissan Altima by Westlake Financial Services

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: 11/17/2026
*[Enter the date of the hearing]*

Hearing Time: 11am
*[Enter the time of the hearing]*

Hearing Location: US Bankruptcy Court Camden
*[Enter the location of the hearing]*
401 Market St
Camden, NJ 08101

Courtroom Number: 4B
*[Enter the courtroom number]*

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]* Andrew Finberg

*[Enter the name and address of all other parties who will be affected by this motion]*

Westlake Financial Services
4751 Wilshire BLVD #100
Los Angeles, CA 90010

Westlake Financial Services
PO Box 76809
Los Angeles, CA 90076

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 11/12/2026
*[Enter the date this document is signed]*

Signature *[Of the party seeking relief]*