FILED-BANKRUPTCY-NJ
2025 NOV 12 PM3:16

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and telephone number]*<br>Natricia Deshaye Comer<br>68 Spruce St<br>Bridgeton, NJ 08302<br>(856) 506-6556 | | |
| In Re:<br>*[Enter the debtor's name(s)]*<br>Natricia Deshaye Comer | Case No.:<br><br>Chapter:<br><br>Hearing Date:<br><br>Judge: | 26-19426<br>*[Enter the case number]*<br>13<br>*[Enter the chapter]*<br>11/17/26<br>*[Enter the hearing date]*<br>Poslusny<br>*[Enter the judge's last name]* |

**CERTIFICATION OF** Natricia Deshaye Comer
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* Natricia Deshaye Comer, *[Enter their relationship to the case. For example: debtor, creditor]* Debtor in the above captioned case, submits this Certification in support of the Motion for *[Enter title of motion]* Emergency enforcement of automatic Stay and turnover filed by me on *[Enter the date the motion was filed]* 11/12/2026.

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* On 11/12/2026 at approximately 2:30am Westlake Financial Services had International Repo Services repossess my vehicle from my home address.

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* Westlake Financial violated my protection under the Automatic Stay

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* Westlake Financial provided false information stating that they were notified of a dismissal of my bankruptcy filing as their reason to repossess my vehicle.

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* __________

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]* __________

I certify under penalty of perjury that the above is true.

Date: 11/12/2026
*[Enter the date this document is signed]*

Signature
*[Of the party with actual knowledge of the facts set forth above]*