UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

In Re:
*[Enter the debtor's name(s)]*
Natnaia Deshaye Comer

Case No.: 26-19426
*[Enter the case number]*

Chapter: 13
*[Enter the case number]*

Hearing Date: 11/17/26
*[Enter the hearing date]*

Judge: Poslusny
*[Enter the Judge's last name]*

**ORDER GRANTING** Emergency enforcement of automatic stay and turnover
*[Enter the relief sought]*

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* ____________ is **ORDERED.**

*[Leave the rest of this page blank]*

The Court having reviewed the movant's *[Enter the title of the motion]*________________ ________________________________________, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* ________________________________________
________________________________________
________________________________________
________________________________________

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* ________________________________________
________________________________________
________________________________________
________________________________________

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* ________________________________________
________________________________________
________________________________________
________________________________________

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* ________________________________________
________________________________________
________________________________________
________________________________________