FILED-BANKRUPTCY-NJ
2025 NOV 12 PM3:15:02

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and phone number]* | |
| In Re:<br>*[Enter the debtor's name(s)]*<br>Natricia Deshaye Comer | Case No.: 26-19426<br>*[Enter the case number]*<br>Chapter: 13<br>*[Enter the chapter of the case]*<br>Hearing Date: 11/18/26<br>*[Enter the hearing date]*<br>Judge: Poslusny<br>*[Enter the Judge's last name]* |

## CERTIFICATION OF SERVICE

1. I, Natricia Deshaye Comer

   ☐ represent ______________________ in this matter.

   ☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

   ☒ am the debtor in this case and am representing myself.

2. On *[Enter the date you served the documents]* 11/12/26, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   *[Place a check next to each document you served]*

   ☒ Notice of Motion *[Enter title of motion]* Emergency enforcement of automatic stay and turnover

   ☒ Certification in Support of Motion *[Enter title of motion]* Emergency enforcement of automatic stay and turnover

☒ Statement as to Why No Brief is Necessary

☐ Proposed Order Granting Motion *[Enter title of motion]* ____________________

☐ Other *[Enter title of document]* ____________________

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/12/2026
*[Enter the date you signed this document]*

Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]* Westlake Financial Services. 4751 Wilshire Blvd #100 Los Angeles, CA 90010 | *[Enter the party's relationship to the case]* Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other Overnight delivery<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other ________<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other ________<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other ________<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other ________<br>(As authorized by the court or rule. Cite the rule if applicable.) |