UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Natricia Deshaye Comer

Case No.: 26-19426

Chapter: 13

Judge: Poslusny

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 12, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of Natricia Deshaye Comer for a reduction of time for a hearing on Motion to Enforcement of Automatic Stay and Turnover under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on November 17, 2026 at 11:00 a.m. in the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ 08101
Courtroom No. 4C.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
☒ Chapter 13 Standing Trustee Andrew B. Finberg at paralegal@standingtrustee.com
Westlake Financial and their Attorney

by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ☒ overnight mail, ❑ regular mail, ❑ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

4. Service must be made:

❑ on the same day as the date of this order, or

☒ within 1 day(s) of the date of this Order.

5. Notice by telephone:

❑ is not required

☒ must be provided to Westlake Financial and their Attorney and Chapter 13 Trustee

❑ on the same day as the date of this Order, or

☒ within 1 day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail ________ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.10/1/2026*