| | |
|---|---|
| **United States Bankruptcy Court**<br>**District of New Jersey** | |
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@mikeassad.law<br>*Attorney for Debtor* | Case No.: 26-19426-JNP<br>Chapter: 13 |
| In re: Natricia Deshaye Comer,<br>*Debtor*. | Hearing Date: November 17, 2026<br>Judge: Poslusny |

**Status Change Form**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

**Matter:** Debtor's motion to enforce the automatic stay and for turnover of property, filed November 12, 2026 (ECF No. 27). The motion is withdrawn without prejudice to the Debtor's claims for damages under 11 U.S.C. § 362(k).

Date: November 14, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad