UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 12, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Natricia Deshaye Comer

Case No.: 26-19426

Chapter: 13

Judge: Poslusny

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 12, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of Natricia Deshaye Comer for a reduction of time for a hearing on Motion to Enforcement of Automatic Stay and Turnover under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on November 17, 2026 at 11:00 a.m. in the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ 08101
Courtroom No. 4C.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
☒ Chapter 13 Standing Trustee Andrew B. Finberg at paralegal@standingtrustee.com
Westlake Financial and their Attorney

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within 1 day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Westlake Financial and their Attorney and Chapter 13 Trustee

☐ on the same day as the date of this Order, or

☒ within 1 day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail ________ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

United States Bankruptcy Court

District of New Jersey

In re:
Natricia Deshaye Comer
Debtor

Case No. 26-19426-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 1
Date Rcvd: Nov 12, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natricia Deshaye Comer, 68 Spruce St, Bridgeton, NJ 08302-3014 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3