| United States Bankruptcy Court<br>District of New Jersey | |
|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@mikeassad.law<br>*Attorney for Debtor* | Case No.: 26-19426-JNP |
| In Re: Natricia Deshaye Comer,<br><br>Debtor(s). | Hearing Date: January 6, 2027<br>Judge: Poslusny |

## Certification of Service

1. I, Michael I. Assad, represent Natricia Deshaye Comer, the debtor in this matter.

2. On November 19, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Modified Chapter 13 Plan and Motions dated November 14, 2026

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 19, 2026

/s/ Michael I. Assad
Michael I. Assad

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Chief Legal Officer<br>Cumberland Empowerment Urban Renewal<br>44 Spruce St<br>Bridgeton, NJ 08302 | Counterparty of Assumed Lease | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |